IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LABORERS' PENSION FUND and LABORERS' WELFARE FUND OF THE HEALTH AND WELFARE DEPARTMENT OF THE CONSTRUCTION AND GENERAL LABORERS' DISTRICT COUNCIL OF CHICAGO AND VICINITY, and JAMES S. JORGENSEN, Administrator of the Funds,<br><br>Plaintiffs,<br><br>v.<br><br>CREATIVE DESIGN CONSTRUCTION, INC.<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 11 CV 3568<br>)<br>)  Judge Robert W. Gettleman<br>)<br>)<br>)<br>)<br>) |

## ORDER FOR DAMAGES

This cause coming before the Court on the plaintiffs' Motion for Damages, with due notice having been given to the defendant, and the Court having found that the defendant has been properly served with summons and complaint.

**IT IS HEREBY ORDERED:**

Judgment is entered on behalf of the Laborers' Pension and Welfare Funds and against defendant Creative Design Construction, Inc., in the total amount of $20,848.54 for the audit period of November 10, 2010 through June 30, 2011 which consists of:

| | |
|---|---|
| Principal contributions | $ 11,471.58 |
| Liquidated damages | $2,223.00 |
| Accumulated Penalties | $ 533.76 |
| Accumulated Interest | $726.45 |
| Audit Costs | $600.00 |
| Attorneys' fees | $4,883.75 |

1

Costs . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . $ 410.00

In the event that this Company continues to operate, contributions together with remittance reporting information must be paid to the Funds the month after the work has been performed, and this Company must show proof that it has obtained a surety bond in the amount of $5,000.

ENTERED

_____
U.S. DISTRICT COURT

DATE: March 20, 2012