I8Order Form (01/2005)

# United States District Court, Northern District of Illinois



| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 11 C 3568 | **DATE** | **4/24/2012** |
| **CASE TITLE** | Laborers' Pension Fund    v    Creative Design Construction, Inc. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for entry of a turnover order is granted.   Title Services, Inc. Shall turnover $20,848.54 to the plaintiffs.
[for further detail see separate order]

[Docketing to mail  notice]

00:03

| | Courtroom Deputy | GDS |
|---|---|---|